ORDERED.

Dated: September 15, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                       CASE NO.: 8:16-bk-04709-CPM
                                                                                     CHAPTER 7

**Thomas A. Bell**
**aka Thomas Alvin Bell,**

    Debtor,

**Sallie K. Bell**
**aka Sallie Kate Bell,**

    Joint Debtor.

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

      THIS CASE came on consideration without a hearing on WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT3's ("Secured Creditor") Motion for Relief from Stay (Docket No. 20). No appropriate response has been filed in accordance with Local Rule 2002-4. Accordingly, it is:

16-173295 - CaC

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 167 WOOD HALL DR, MULBERRY, FL 33860 in Polk County, Florida, and legally described as:

    LOT 28 OF IMPERIALAKES, PHASE TWO, ACCORDING TO THE PLAT THEREOF, RECORDED IN PIAL BOOK 64, PAGE 1, OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees and costs in the amount of $401.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Frank J. Gomez, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.